**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 19-24349-CIV-WILLIAMS**

IRMA ERNESTA ANIDO,

      Plaintiff,

v.

ANDREW M. SAUL,
*Commissioner of Social Security*,

      Defendant.

_____/

## ORDER

    **THIS MATTER** is before the Court on Magistrate Judge Edwin G. Torres's Report and Recommendation (DE 15) on the Parties' cross motions for summary judgment (DE 11; DE 12) on Plaintiff's social security appeal.  Plaintiff filed objections to the Report. (DE 16).

    Upon an independent review of the Report, Plaintiff's objections, the record, and applicable case law, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's objections (DE 16) are **OVERRULED**.

2. The Report (DE 15) is **AFFIRMED AND ADOPTED**.

3. Plaintiff's Motion for Summary Judgment (DE 11) is **DENIED**.

4. Defendant's Motion for Summary Judgment (DE 12) is **GRANTED**.

5. The Social Security Commissioner's Decision is **AFFIRMED**.

6. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>9th</u> day of March, 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE